E-FILED 09/17/2013

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| *Chris Kohler*, | ) | CASE NO. CV 12-5054-GHK (JEMx) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| *In-N-Out Burgers dba In-N-Out Burgers # 52*, | ) | |
| Defendant. | ) | |

_____

Pursuant to the Court's September 12, 2013 Order granting Defendant In-N-Out Burger's ("Defendant") Motion for Summary Judgment against Plaintiff Chris Kohler ("Plaintiff"), IT IS HEREBY ADJUDGED that Plaintiff's ADA claims that have been remedied by Defendant are **DISMISSED as moot** and all remaining ADA claims are **DISMISSED with prejudice**.  Also pursuant to the Court's September 12, 2013, Order it is further ADJUDGED that Plaintiff's state law claims are **DISMISSED without prejudice** to their reassertion in state court.  28 U.S.C. § 1367(c)(3).

**IT IS SO ORDERED**.

DATED: September 17, 2013

_____
GEORGE H. KING
Chief United States District Judge